105 P.3d 266

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**January 18, 2005**

| | | |
|---|---|---|
| 25723 | Makanui v. Kitagawa | Affirmed |

**January 20, 2005**

| | | |
|---|---|---|
| 26008 | State v. Mitchell | Affirmed |

**January 21, 2005**

| | | |
|---|---|---|
| 26106 | Doe, In re | Affirmed |

**January 28, 2005**

| | | |
|---|---|---|
| 25602 | State v. Tupua | Affirmed |

**February 4, 2005**

| | | |
|---|---|---|
| 25825 | Rios v. State | Affirmed |
| 25288 | State v. Spinney | Remanded |